## Marie Ignozzi

| | |
|---|---|
| **From:** | Greg Foertsch <gfoertsch@gmail.com> |
| **Sent:** | Tuesday, May 17, 2022 12:57 PM |
| **To:** | Paul Evelius |
| **Cc:** | Alison Kelly |
| **Subject:** | Re: FW: Thomas Whittaker/Bit Reactor, LLC |
| **Attachments:** | Copy of BitReactorOperationAgreementFirstPassVersion3.docx |

Hey Paul,

Attached is the operating agreement that Tom wrote and proposed where he valued 2 years of my efforts at $100k. His edits are still visible and he acknowledges that I spent 2 years not being paid while I developed the pitch.

Thanks
Greg

On Tue, May 17, 2022 at 9:52 AM Paul Evelius <pevelius@wcslaw.com> wrote:

> Hi Alison, Greg—FYI, see below from TW's lawyer. I will talk to him later today or tomorrow and then report back to you. Thanks. Paul



**Paul F. Evelius**
Wright, Constable & Skeen, LLP

7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Tele: 410-659-1302 Fax: 410-659-1350
Cell: 443-762-1015
E-mail: pevelius@wcslaw.com
www.wcslaw.com

Confidentiality Disclaimer


This message may contain privileged or confidential information that is protected from disclosure.  If you are not the intended rec
this message, you may not disseminate, distribute or copy it.  If you have received this message in error, please delete it and not
sender immediately by reply email or by calling 410-659-1300.

IRS Disclaimer

IRS rules restrict written federal tax advice from lawyers and accountants. We include this statement in all outbound emails beca
inadvertent violations may be penalized. Nothing in this message is intended to be used, or may be used, to avoid any penalty ur
federal tax laws. This message was not written to support the promotion or marketing of any transaction. Contact the sender if yo
engage us to provide formal written advice as to tax issues.

**From:** Ezra S. Gollogly <egollogly@kg-law.com>
**Sent:** Tuesday, May 17, 2022 9:47 AM
**To:** Paul Evelius <pevelius@wcslaw.com>
**Cc:** Joseph Dudek <jdudek@kg-law.com>
**Subject:** Thomas Whittaker/Bit Reactor, LLC

**Caution:** This email originated from outside the organization. Exercise caution when accessing attachments, following links or replying.

Good morning Paul -

I have a revised severance agreement but wanted to talk briefly before I send it. Are you available late this afternoon or tomorrow morning? Ezra

**Ezra S. Gollogly**
www.ezragollogly.com
D 410-319-0481 | C 410-807-5853
egollogly@kg-law.com | vCard

K R A M O N  &  G R A H A M PA

ATTORNEYS AT LAW

2

EXHIBIT C

One South Street | Suite 2600 | Baltimore, MD  21202

T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.

**NON-BINDING OPERATION AGREEMENT**

## Article I: Organization

~~The company~~ Bit Reactor ("BR") ~~will is~~be formed by ~~4~~ four founders~~: including~~ Greg F CCO ~~CCD~~, Alison K Biz Development, Steve M CEO and TomW CTO. Ownership ~~will is~~be divided equally among ~~among the all 4~~ founders. Management and voting will follow the operation agreements below.

> **Commented [TW1]:** I'm 100% fine is we split the company 10% -20% among the board members and the board controlled the remaining 60-40% as basically a capital asset. This would give us flexibility to distribute/sell shares of the company as board.

## Article II: Management and Voting

This section addresses how BR~~the company~~ is managed and how the members vote.

- ~~The company~~ BR is managed by the board members and this operating agreement specifies what authority the members have over company affairs.
- BR~~The company~~ chooses to make decisions through a voting process. Votes are allocated to one vote per member. The operating agreement specifies what number of votes is required for particular actions by ~~the company~~BR. Unless specified all votes require majority agreement. Unanimous and supermajority voting requirements should be specified.
- Daily management decisions will be handled by the CEO. All board member will have full transparency to all decisions and operations.
- Operating ~~Agreement~~Agreement:

> **Commented [TW2]:** This is an example list of Operating rules and procedures that we would agree on. Each item in the list should be discussed and voted on by the group. I assume most of these terms will be negotiated and modified.

  - The following decisions will be voted on by the board and not fall under the sole discretion of the CEO.
  - Allocation of funds
    - Allocation of funds over 10k require 2 board signatures ~~prior to allocation~~
    - Allocation of funds over 50k ~~including~~ require 3 board signatures
    - Allocation below 10k require receipts and description
    - Petty cash funds ~~to~~ not to exceed X/month by each board member
  - Signing of any contracts require majority vote by the board
  - Distribution of Capital
    - Distribution of funds including but not limited to ~~r~~Revenue, ~~p~~Profit ~~p~~Pool ~~allocation~~, ~~d~~Dissolution/~~s~~Sale pool and ~~it's~~its distributions ~~distributes~~
    - Board members vote on allocation of discretionary funds ~~discretionary funds~~ related to ~~Company Bonus~~bonus ~~p~~Plan ~~p~~Pool

> **Commented [SM3]:** Should this be distributions?
>
> **Formatted:** Font: (Default) Times New Roman

  - All hiring requires a majority vote ~~must be approved by the board majority~~
  - Adding new board members must be made by unanimous decision
  - Quorum of the board must meet once a month.
  - Board members must vote unanimously to extend board voting rules and operation agreements.
  - Board members can~~not't~~ be fired ~~with out~~without cause, i.e., ~~supermajority? Only as a~~ breach of the employment/owner agreement, and requires supermajority vote ~~(illegal behavior, theft, contract breach)~~
  - Board members give up voting rights as a result of company exit (volunteer, termination, death)
  - All business documents will be available to all board members.

**NON-BINDING OPERATION AGREEMENT**

- o Ownership cannot be transferred, sold or distributed without unanimous decision of the board
- o In the event of a tie vote in which a consensus cannot be ~~made:~~reached ~~Board~~1) Board members can request a cooling off period for re-vote. ~~Vote Executive~~2) Executive ~~p~~Producer is appointed to break the tie???
- o Board shall vote on company share distribution ~~to employees~~
- ~~o Board shall vote on any Employee or Board agreement addendums. Unanimous~~
- o Board agrees to maintain liability insurance
- o Addendums to operating agreement require unanimous vote

~~o~~

Management/Board duties

Greg F CCD – Creative director manages the content and creative teams.  Maintains the vision of the company and its product. This includes management of artists, design, concept, narrative, and external partners for motion capture and content creation. ~~Speaks and R~~represents the company externally and internally.  ~~This includes management of external partners for Motion Capture, Concept, narrative, ip holders, artist, designers and writers.~~

Steve M CEO – Manage the business side of the company and its infrastructure. Office related issues, legal, insurance, payroll, employee benefits, employee development and culture.  Production and QA report to Steve ~~but many be managed indirectly~~.  ~~External C~~contract negotiations.

Tom W CTO – Manage the technical infrastructure and development of ~~BR~~Bitreactor business, products, DEVOPS and QA. Including and managing all programmers, ~~( qa engineers~~ and IT.~~?)~~

Alison K Biz Development- ~~E~~engage with external partners.  Develop new opportunities and securing future products.  ~~It is expected Alison W~~will represent the company externally with our partners, manage and extend those relationships.

## Article III: Capital Contributions

None of the owners provided capital contributions or equity.

## Article IV: Distributions

All capital assets ~~are~~ and funds are managed by ~~the Management and~~the bBoard under the Operating agreement. ~~Fund Distribute Section.~~ The board is expected to maintain insurance and audits.

## Article V: Membership Changes

**Commented [TW4]:** It would feel a bit awkward bringing in a 3rd party each time.  I also don't know Garth that well but I'm a fan of majority voting rules

**Formatted:** Indent: Left:  1",  No bullets or numbering

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**NON-BINDING OPERATION AGREEMENT**

This section describes the process for adding or removing members. It also states if and when members can transfer their ownership of the company. For example, the company will want to specify what happens if a member dies, a member goes bankrupt, two members divorce, etc.

- Termination of ~~employs~~ employees require majority vote. ~~Board members are allowed to abstain their vote but all termination requires 2 board members approval and an open vote.~~
- Termination of Board/Management must be by a majority vote and for cause ~~(excluding Greg?).~~ and super majority vote
- The board ~~most~~ must maintain a minimum of ~~the~~ 3 board members at all times.
- If a member dies voting rights are terminated and all non-voting shares funds are distributed to their estate.
  At no point does voting ownership transfer to spouse, estate or funds. ~~Employee/Owner agreement Source/Estate section~~
-

## Article VI: Dissolution

*This section of the operating agreement will explain the circumstances in which the company may be or must be dissolved. This is sometimes called "winding up" the affairs of the company.*

## ~~Article VI~~ Article VI: Special Instructions Founding

The board agrees to pay Greg F an additional 100k compensation to cover cost and salary incurred during the development pitch. Payment schedule will be over ~~3/~~a ~~4 year~~ 4-year period if funds are available.

**THIS DOCUMENT IS FOR DISCUSSION PURPOSES ONLY AND SHALL NOT BE BINDING BY ANY PARTY.**

---

**Commented [SM5]:** I'm ok with excluding Greg from this, I do however believe we will and should end up covering the "for cause" issues in our employment contracts. I think our business insurance may also require this.

**Commented [TW6R5]:** Would it be better to extend to the origainl 4 founders and only allow for cause termination? For Cause of a Board member thinking of theft, embezzlement, mental incapacitation, contract breach, etc) spelled out terms in the owner/employee contract. Future board members should probably be able to be removed with a Unanimous vote

**Commented [SM7R5]:** Agreed, I am good with only for cause termination for founders

**Formatted:** Strikethrough

**Commented [SM8]:** Not sure what this is referring to?

**Commented [TW9R8]:** I'm mostly looking to cover the company if a employee leaves for any reason, divorce, etc. that those voting rights don't transfer

**Commented [SM10R8]:** Yes, that's good, I am sure this will be clarified in the agreement.

**Formatted:** Bulleted + Level: 1 + Aligned at: 0.25" + Indent at: 0.5"

**Formatted:** Font: Italic

**Formatted:** Left

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Left

**Commented [TW11]:** The purpose of the Operation agreement is to create a stable company with a set of rules of operations and procedures that protects all the owners and employees. A checks and balance system without hammering the ability to make decisions and the ability to resolve conflict in an agreed upon manner. The goal is this document could one day be referenced by a new board 20+ years in the future!

**Formatted:** Font: (Default) Times New Roman, 9 pt

**Formatted:** Font: (Default) Times New Roman, 9 pt

**Formatted:** Font: (Default) Times New Roman