**alisonfkelly@gmail.com**

| | |
|---|---|
| **From:** | Greg Foertsch <gfoertsch@gmail.com> |
| **Sent:** | Friday, May 27, 2022 6:16 PM |
| **To:** | Paul Evelius |
| **Cc:** | alisonfkelly@gmail.com |
| **Subject:** | Re: TW - Severance Agreement, Etc. |

Hey Paul,

Couple of thoughts here:

- TW's attorneys keep trying to ignore the fact that he violated both our NDA and that of Electronic Arts. If he continues to be difficult in resolving this, I feel like I will be forced to inform them and potentially his new employer (which I really would prefer not to do).
    - He also had 2 instances of violating his NDA in November and December. He discussed details of our product with another person from the industry outside of BR and he discussed details of our hiring schedule with our current employees. Discussing our contract with EA is expressly forbidden in our individual NDAs with them.
- I am not interested in engaging in a dialogue about his conduct. That needs to be documented and confirmed that any documents pertaining to Bit Reactor or our product have been destroyed, in case they ever leak. I do not want to take his word for it.
- I would be very interested in seeing TW explain his position on ownership in writing.
    - Again, he resigned. No one asked him to resign. We even had a meeting 2 days after he resigned to ask him if he wanted to recant it.
    - We needed to repeatedly ask him to satisfy the responsibilities of his job. These responsibilities were documented and agreed upon since February of 2021.
    - He repeatedly failed to deliver on fulfilling his job requirements.

It seems like his attorney is still not dealing with factual information.

- We paid TW through April 2, 2022 (including contributing to his 401K). His last scheduled day was March 18th. I am confused why his attorney keeps changing this information in the document.
- TW ignored our initial severance package and allowed the 21 days until expiration to pass.

Happy to talk Monday or over the weekend.

Greg

On Fri, May 27, 2022 at 12:02 AM Paul Evelius <pevelius@wcslaw.com> wrote:

Hi Greg, Alison—

Sorry this email comes so late this evening. Attached is the revised Severance Agreement, as sent to me today by TW's lawyers. We did speak before they sent it. Ezra Gollogly confirmed that they wanted to talk before sending it because they've increased the severance pay amount to $400,000. He said that this number includes a value for TW's ownership interest.

I told him that, from our standpoint, this matter is very much about his client's conduct toward the end of his tenure with Bit Reactor, including his conduct with Bit Reactor's intellectual property and confidential information and failure to work. He responded that he is willing to engage in a dialogue about those issues.

He also said, as to the ownership interest issue, that he is willing to explain in writing the basis for TW's position that he owns a 1/3 interest, but that he hasn't done it thus far because he thinks it's relatively clear-cut. I replied that we don't see the basis for his ownership interest claim and that, while I'd talk to you about this, we may want him to explain that claim in writing in order to even understand it.

We ended the call with the understanding that I would review his revisions to the Agreement with you and then get back in touch with him.

Please let me know when you'd like to talk. Note that I could be available sometime over the weekend if that works better for you. Tomorrow is pretty jammed up for me.

Thanks.

Paul



**Paul F. Evelius**
Wright, Constable & Skeen, LLP

7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Tele: 410-659-1302  Fax: 410-659-1350
Cell: 443-762-1015
E-mail: pevelius@wcslaw.com
www.wcslaw.com