# Alison Kelly

**From:** Greg Foertsch
**Sent:** Friday, June 16, 2023 5:01 PM
**To:** Paul Evelius; Alison Kelly
**Subject:** RE: Bit Reactor, LLC & Tom Whittaker

Hey Paul,

Let's talk Monday or Tuesday. Here are a few thoughts:
- I would love to know what factual assertions he disagrees with.
- Tom's salary was actually $200K, but we don't need to point that out.
- The 6-month severance was one of the sticking points in employment agreement from Tom's previous attorneys that Alison and I did never verbally agreed to. Tom added that clause and we openly disagreed with him about that and the other changes. We also paid Tom's $7K attorney bill for that mess and should subtract that from the settlement offer.
- Tom barely completed 8 months of employment before he quit. He was not fired. A 6-month severance seems far out of scope.
- I am not particularly interested in a bilateral non-disparagement agreement since we already know Tom has been violating this since he left. We know for a fact that he has to people to avoid us because we are "extremely litigious." The damage from his end to us is already done. This seems to be Tom's top priority which is probably because he is concerned about the factual assertions in our letter getting out.
- "reasonable and best efforts" is unacceptable lawyer speak. I am extremely concerned with the exception of "there may be backups that cannot be deleted." How does he not know how many files he has and where they are? I am confused as to why files can't be deleted. We would require a list of these assets and who has viewed them.
- Additionally, Erza and his firm do not have an NDA in place with us and I would like to know what they are in possession of, and why after we reach an agreement those would not be able to be deleted?

Overall, I am inclined to only offer the $40K one last time before I hand this over to EA and Disney's Attorneys. I don't think Tom or Erza understand that he is in no position to negotiate like this.

Thanks
Greg

**From:** Paul Evelius <pevelius@wcslaw.com>
**Sent:** Friday, June 16, 2023 4:24 PM
**To:** Greg Foertsch <gfoertsch@bitreactor.com>; Alison Kelly <akelly@bitreactor.com>
**Subject:** FW: Bit Reactor, LLC & Tom Whittaker

1

CAUTION: This email originated from outside of the organization.

Greg, Alison—See below, in follow-up to my email to you of yesterday. Thanks. Paul

**From:** Ezra S. Gollogly <egollogly@kg-law.com>
**Sent:** Friday, June 16, 2023 4:01 PM
**To:** Paul Evelius <pevelius@wcslaw.com>
**Cc:** Joseph Dudek <jdudek@kg-law.com>
**Subject:** Bit Reactor, LLC & Tom Whittaker

Caution: This email originated from outside the organization. Exercise caution when accessing attachments, following links or replying.

Paul -

Thanks again for making time yesterday afternoon to speak with me.

As discussed, while my client strongly disagrees with the factual assertions in the letter you sent, he remains interested in resolving this matter and authorized me to propose the counteroffer I relayed to you yesterday, *i.e.*:

- Bit Reactor pays Tom Whittaker an amount equal to 6 months of Tom's $180K Bit Reactor salary, *i.e.*, $90K.
- The parties enter into a settlement agreement with standard terms, including a non-disparagement clause that goes in both directions.
- Tom will make reasonable best efforts to delete electronic records relating to Bit Reactor with the understanding that there may be backups that cannot be deleted. In particular, any such information in my firm's possession will not be deleted.

We look forward to hearing from you. Best, Ezra

Ezra S. Gollogly

410.319.0481 D | 410.807.5853 C
egollogly@kg-law.com | vCard



KRAMON & GRAHAM
ATTORNEYS AT LAW

Kramon & Graham, P.A. | One South Street | Suite 2600 | Baltimore, Maryland 21202
410.752.6030 O | 410.361.8233 F | www.kramonandgraham.com

---

**From:** Paul Evelius <pevelius@wcslaw.com>
**Sent:** Thursday, June 15, 2023 4:24:21 PM
**To:** Ezra S. Gollogly <egollogly@kg-law.com>

**Cc:** Joseph Dudek <jdudek@kg-law.com>
**Subject:** RE: Bit Reactor, LLC & Tom Whittaker

Thanks. Could talk around 4:45 or tomorrow. Just let me know what works.

**From:** Ezra S. Gollogly <egollogly@kg-law.com>
**Sent:** Thursday, June 15, 2023 4:17 PM
**To:** Paul Evelius <pevelius@wcslaw.com>
**Cc:** Joseph Dudek <jdudek@kg-law.com>
**Subject:** RE: Bit Reactor, LLC & Tom Whittaker

Paul -

    I just tried you but no luck.
    I have a counterproposal. When can you talk? Best, Ezra


**Ezra S. Gollogly**

410.319.0481 D | 410.807.5853 C
egollogly@kg-law.com | vCard

Kramon & Graham, P.A. | One South Street | Suite 2600 | Baltimore, Maryland 21202
410.752.6030 O | 410.361.8233 F | www.kramonandgraham.com


**From:** Kristen Cookerly <kcookerly@wcslaw.com>
**Sent:** Tuesday, June 6, 2023 4:17 PM
**To:** Ezra S. Gollogly <egollogly@kg-law.com>
**Cc:** Paul Evelius <pevelius@wcslaw.com>
**Subject:** Bit Reactor, LLC & Tom Whittaker

On behalf of Paul Evelius, attached is his letter to you regarding the above-referenced matter.

Thank you,

*Kristen*

\<image003.gif\> \<image004.png\> **Kristen Cookerly**
Legal Assistant
Wright, Constable & Skeen, LLP
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Tele: 410-659-1329 Fax: 410-659-1350
E-mail: kcookerly@wcslaw.com
www.wcslaw.com

Confidentiality Disclaimer

This message may contain privileged or confidential information that is protected from disclosure. If you are not the intended recipient of this message, you may not disseminate, distribute or copy it. If you have received this message in error, please delete it and notify the sender immediately by reply email or by calling 410-659-1300.

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.
This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.