

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law
1 Olympic Place, Suite 800 · Towson, Maryland 21204 · Phone: 410-659-1300 · Fax: 410-659-1350
Federal ID Number 52-1437984

|  |  |
|---|---|
| Bit Reactor, LLC | Page: 1 |
| 5005 Bart Allen Lane | 08/25/2023 |
| Baldwin MD 21013 | Account No:  17688-00001 |
|  | Statement No:  173293 |

Attn: Greg Foertsch

General

### Professional Services through 07/31/2023

|  |  |  | Hours |
|---|---|---|---|
| 07/08/2022 | PFE | Review letter from TW's counsel re alleged ownership interest and email to Greg re same | 0.40 |
| 07/14/2022 | PFE | Prep for and call with Greg re letter from TW's lawyer | 0.70 |
| 01/27/2023 | PFE | Meeting with Greg, Alison, and Keith | 1.80 |
| 02/05/2023 | PFE | Analysis re telecommuting agreement | 0.80 |
| 02/15/2023 | MS | Conferred with PFE | 0.20 |
| 02/19/2023 | PFE | Call with Alison | 0.20 |
| 02/24/2023 | PFE | Email to TW's lawyer re IP issue | 0.10 |
| 02/28/2023 | PFE | Prep for, and call with, Ezra Gollogly re T. Whittaker matter | 0.50 |
| 03/02/2023 | PFE | Prep for and call with client re call with TW's lawyer and strategy | 0.50 |
| 03/06/2023 | PFE | Work on Telework agreement | 0.90 |
|  | PFE | Analysis re strategy relative to TW; prepare email to Alison, Greg, Keith re same | 1.60 |
| 03/07/2023 | PFE | Work on telecommuting agreement | 4.50 |
| 03/30/2023 | PFE | Call with Alison re telework policy | 0.40 |
| 04/11/2023 | PFE | Work on draft letter to TW's lawyer | 2.70 |
| 04/13/2023 | PFE | Continued work re draft letter to TW's attorney | 2.20 |
| 04/14/2023 | JNL | Review Amendment, current sublease | 0.50 |
|  | PFE | Additional work on research re draft letter to TW's lawyer | 3.20 |
| 04/15/2023 | PFE | Research and work on letter to TW's lawyer | 3.70 |



**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law
1 Olympic Place, Suite 800 · Towson, Maryland 21204 · Phone: 410-659-1300 · Fax: 410-659-1350
Federal ID Number 52-1437984

Bit Reactor, LLC
5005 Bart Allen Lane
Baldwin  MD  21013

Page: 1
11/14/2022
Account No: 17688-00001
Statement No: 158787

Attn: Greg Foertsch

General

## Professional Services through 06/30/2022

| Date | | Description | Hours |
|---|---|---|---|
| 02/28/2022 | PFE | Call with Greg re employee/partner issue | 0.30 |
| 03/01/2022 | PFE | Review documents sent by Greg re Tom situation; call with Greg re same | 0.50 |
| 03/14/2022 | PFE | Work on Severance Agreement; email to Greg re same | 2.00 |
| 03/16/2022 | PFE | Making revisions to draft Severance Agreement based on input from Greg, Alison; call with Greg re same; follow-up email to Greg with questions/comments | 1.40 |
| 03/17/2022 | PFE | Review/analysis re Alison's responses to my questions re Severance Agreement; revising draft Severance Agreement | 0.40 |
| 03/18/2022 | PFE | Review additional severance agreement sent by Greg; making further revisions to draft Severance Agreement; calls with Greg, Alison re same | 1.70 |
| 04/04/2022 | PFE | Review email from Alison re Tom W | 0.10 |
| 04/05/2022 | PFE | Call with Alison re Tom W; Preparation of draft letter to Tom W | 1.30 |
| 04/06/2022 | PFE | Emails to/from Alison re Whittaker severance | 0.50 |
| 04/07/2022 | PFE | Call with Greg, Alison | 0.60 |
| 04/08/2022 | PFE | Revise letter to Tom Whittaker | 0.10 |
| 04/12/2022 | PFE | Call with Greg | 0.20 |
| 04/13/2022 | PFE | Call with Alison | 0.30 |
| 04/14/2022 | PFE | Prepare follow-up letter to Tom W. | 0.20 |
| 04/20/2022 | PFE | Review email from TW's lawyer; forward same to Alison, Greg | 0.10 |

|              |              |                                                                 |       | Page: 2       |
|--------------|--------------|-----------------------------------------------------------------|-------|---------------|
| Bit Reactor, LLC |          |                                                                 |       | 11/14/2022    |
|              |              |                                                                 | Account No:    | 17688-00001 |
|              |              |                                                                 | Statement No:  | 158787      |
| General      |              |                                                                 |       |               |

|            |     |                                                                                                                                                   | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 04/22/2022 | PFE | Review letter from Tom W's lawyer; forward same to Greg, Alison; review Greg's comments re same                                                    | 0.20  |          |
| 04/29/2022 | PFE | Call with TW's lawyers; email to Greg, Alison re same                                                                                              | 0.80  |          |
| 05/03/2022 | PFE | Review Greg's comments on information/position provided/stated by Tom W's lawyer                                                                   | 0.20  |          |
| 05/17/2022 | PFE | Emails with Tom W's lawyer and Greg re further negotiation                                                                                         | 0.20  |          |
| 05/27/2022 | PFE | Call with TW's lawyers; review their proposed changes to draft Severance Agreement; email to Greg, Alison re same                                  | 0.70  |          |
| 05/28/2022 | PFE | Review/reply to email from Greg re my call with TW's lawyers                                                                                       | 0.10  |          |
| 06/02/2022 | PFE | Email to Ezra (TW's lawyer)                                                                                                                        | 0.10  |          |
| 06/10/2022 | PFE | Email to Alison, Greg re status of TW Conference with matter and operating/employment agreements                                                   | 0.10  |          |
| 06/13/2022 | PFE | Email to Alison and Greg re Operating and Employment Agreements                                                                                    | 0.20  |          |
| 06/20/2022 | PFE | Review Alison's lawyer's proposed changes to operating and employment agreements                                                                   | 0.40  |          |
| 06/21/2022 | PFE | Call with Alison re TW's disparagement of BR and agreements; call with Greg re same; additional call with Alison re group rate - estate planning   | 0.40  |          |
| 06/27/2022 | PFE | Email with Greg re operating and employment agreement                                                                                              | 0.10  |          |
| 06/29/2022 | PFE | Call with Greg re Operating and Employment Agreements and estate planning for employees                                                            | 0.70  |          |
|            |     | For Current Services Rendered                                                                                                                      | 13.90 | 5,212.50 |

### Timekeeper Summary

| Timekeeper    | Title    | Hours | Rate     | Total      |
|---------------|----------|-------|----------|------------|
| P. F. Evelius | Partners | 13.90 | $375.00  | $5,212.50  |

| Total Current Work |  | 5,212.50 |
|---|---|---|
| Previous Balance |  | $8,500.00 |

### Payments

| Total Payments for 06/18/2021 |  | -8,500.00 |
|---|---|---|

| | |
|---|---|
| | Page: 3 |
| Bit Reactor, LLC | 11/14/2022 |
| | Account No:   17688-00001 |
| | Statement No:   158787 |
| General | |

|  |  |
|---|---|
| Balance Due | <u>$5,212.50</u> |
| Please Remit | <u>$5,212.50</u> |

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.



**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law
1 Olympic Place, Suite 800 · Towson, Maryland 21204 · Phone: 410-659-1300 · Fax: 410-659-1350
Federal ID Number 52-1437984

Page: 1
Bit Reactor, LLC                                                     03/13/2024
5005 Bart Allen Lane                          Account No:                17688
Baldwin  MD  21013

Attn: Ryan Buchanan, CPA, Controller


The enclosed bill is for services rendered for the period
ending 02/29/2024.   The matter breakdown is as follows:


                                                                       Balance

17688-00001 General                                                 $4,125.00


This statement may not include disbursements and other charges incurred during the
period shown but not yet reflected on our accounting records.



**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law
1 Olympic Place, Suite 800 · Towson, Maryland 21204 · Phone: 410-659-1300 · Fax: 410-659-1350
Federal ID Number 52-1437984

|  |  |
|---|---|
|  | Page: 1 |
| Bit Reactor, LLC | 03/13/2024 |
| 5005 Bart Allen Lane | Account No: 17688-00001 |
| Baldwin  MD  21013 | Statement No: 175732 |

Attn: Ryan Buchanan, CPA, Controller

General

### Professional Services through 02/29/2024

| Date | | Description | Hours |
|---|---|---|---|
| 08/08/2023 | PFE | Drafting settlement agreement; analysis re same | 2.30 |
| 08/23/2023 | PFE | Email to TW's lawyer re settlement agreement | 0.10 |
| 08/28/2023 | PFE | Review revisions to settlement agreement proposed by TW's lawyers | 0.30 |
| 08/29/2023 | PFE | Email to Ezra re settlement agreement; call with Ezra re same; email to Greg, Alison | 0.60 |
| 09/27/2023 | PFE | Emails with Greg and Ezra re final changes to settlement agreement | 0.20 |
| 10/02/2023 | PFE | Email to Greg, Alison re status of settlement agreement | 0.10 |
| 10/04/2023 | PFE | Email to Matt O'Keefe re operating and employment agreements | 0.10 |
| 10/17/2023 | PFE | Emails from Ryan of Bit Reactor and to Ezra re W-9 forms/payments | 0.20 |
| 01/11/2024 | PFE | Emails from/to Greg re his conversation with Alison | 0.10 |
| 01/18/2024 | PFE | Call with Greg (mgmt issues); call to Matt O'Keefe's office-detailed message to Matt | 0.50 |
| 01/19/2024 | PFE | Call with Greg | 0.40 |
| 01/25/2024 | PFE | Email to Greg re Matt O'Keefe not getting back to me | 0.10 |
| 01/27/2024 | PFE | Call with Greg re corporate issues | 0.20 |
| 01/29/2024 | PFE | Email to Keith Crehan re corporate matter | 0.10 |
| 01/31/2024 | PFE | Follow up email to Keith Crehan re corporate matter | 0.10 |

Bit Reactor, LLC

Page: 2
03/13/2024
Account No: 17688-00001
Statement No: 175732

General

| Date | | Description | Hours | |
|---|---|---|---|---|
| 02/01/2024 | PFE | Call with Keith C. re corporate issue | 0.20 | |
| | PFE | Additional call with Keith C. | 0.10 | |
| 02/08/2024 | PFE | Review email from Ryan B described planned agreement; call with Ryan re same | 0.70 | |
| 02/09/2024 | PFE | Call/voice message to Matt O'Keefe | 0.10 | |
| 02/14/2024 | PFE | Call with Matt O'Keefe (AK's lawyer) | 0.20 | |
| | PFE | Call with Greg re AK situation | 0.40 | |
| 02/15/2024 | PFE | Emails to/from Greg re my call yesterday with Matt O'Keefe and AK issue generally | 0.70 | |
| 02/21/2024 | PFE | Prep. simple operating agreement based on email from Ryan | 0.50 | |
| 02/22/2024 | PFE | Review of Greg's draft letter/email to AK | 0.20 | |
| 02/23/2024 | PFE | Review emails sent by Greg; Call with Greg re AK situation; ; work on language for email from Greg to AK | 1.10 | |
| 02/24/2024 | PFE | Analysis re FMLA issues relative to AK; make revisions to Greg's draft email/letter to AK | 1.40 | |
| | | For Current Services Rendered | 11.00 | 4,125.00 |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| P. F. Evelius | Partners | 11.00 | $375.00 | $4,125.00 |

Total Current Work                                                                      4,125.00

Previous Balance                                                                        $20,398.00

**Payments**

Total Payments for 12/01/2023                                                           -20,398.00

Balance Due                                                                             $4,125.00

Please Remit                                                                            $4,125.00

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

|  |  |  |
|---|---|---|
| Bit Reactor, LLC | Page: | 2 |
|  |  | 08/25/2023 |
|  | Account No: | 17688-00001 |
|  | Statement No: | 173293 |
| General |  |  |

| Date | TK | Description | Hours |  |
|---|---|---|---:|---:|
| 04/17/2023 | JNL | Review Lease, Sublease, teleconference with client, review changes | 4.00 |  |
|  | PFE | Finalize draft of letter to TW's lawyer | 0.50 |  |
| 04/19/2023 | JNL | Document drafts, letters to client | 1.20 |  |
| 04/27/2023 | JNL | Review red-line Amendment, Lease and call client | 1.30 |  |
| 05/03/2023 | JNL | Review red-lines, letter to client | 0.30 |  |
| 05/12/2023 | PFE | Trip to/from and meeting with Greg, Alison in Hunt Valley | 3.30 |  |
| 05/17/2023 | PFE | Additional work on draft letter to TW's lawyer based on meeting last week | 2.30 |  |
| 06/05/2023 | PFE | Call with Alison re letter to TW's lawyer; revise letter based on same | 0.50 |  |
| 06/15/2023 | PFE | Call from Ezra G. re Telephone Conference with matter | 0.20 |  |
| 06/16/2023 | PFE | Review email from Ezra G based yesterday re TW | 0.10 |  |
| 06/26/2023 | PFE | Call with Alison re Telephone Conference with matter | 0.20 |  |
| 06/28/2023 | PFE | Email to Greg, Allison re status of Telephone Conference with matter | 0.20 |  |
| 07/05/2023 | PFE | Call with TW's lawyer re settlement; email to Greg, Alison re same | 0.30 |  |
| 07/06/2023 | PFE | Call with Alison | 0.10 |  |
| 07/07/2023 | PFE | Call with Alison | 0.10 |  |
| 07/24/2023 | PFE | Call with Alison re employment agreement language for new employee | 0.30 |  |
|  |  | For Current Services Rendered | 39.80 | 15,185.50 |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| P. F. Evelius | Partners | 32.30 | $375.00 | $12,112.50 |
| J. Neil Lanzi | Partners | 7.30 | 410.00 | 2,993.00 |
| M. A. Stanley | Partners | 0.20 | 400.00 | 80.00 |

| | |
|---|---:|
| Total Current Work | 15,185.50 |
| Previous Balance | $5,212.50 |

|  |  |
|---|---|
| Bit Reactor, LLC | Page: 3 |
|  | 08/25/2023 |
|  | Account No: 17688-00001 |
|  | Statement No: 173293 |
| General |  |

| | |
|---|---|
| Balance Due | $20,398.00 |
| Please Remit | $20,398.00 |

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.